# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| STEVEN BATTERSBY and WENDY BATTERSBY, <br><br>          Plaintiffs<br>v.<br><br>JOHN J. PORTER,<br><br>          Defendant | Civil No. 10-354-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 6) filed October 4, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff Steven Battersby is hereby terminated as a party Plaintiff for failure to file an application to proceed in forma pauperis or to pay the filing fee. It is also **ORDERED** that Plaintiff Wendy Battersby's Complaint (Docket No. 1) is hereby **STRICKEN** in its entirety for failure to file a properly signed and captioned complaint.

                                                                                          /s/ George Z. Singal
                                                                                         United States District Judge

Dated this 27th day of October, 2010.